C.S.N.

v.

T.D.C. and A.R.

2140293

Court of Civil Appeals of Alabama.

02/11/2015

Dismissed

Rasha ALSAIKHN

v.

Ahmed ALAKEL

2140299

Court of Civil Appeals of Alabama.

03/18/2015

Dismissed

Wilmer Jerome TURNER

v.

STATE

2140300

Court of Civil Appeals of Alabama.

03/26/2015

Dismissed

Larry WHITE

v.

Larry A. COULTER et al.

2140312

Court of Civil Appeals of Alabama.

03/20/2015

Dismissed

EX PARTE Amanda L. COMBS

(In re: Amanda L. Combs

v.

Douglas W. Combs)

2140320

Court of Civil Appeals of Alabama.

1/30/2015

02/02/2015 (order of 01/30/2015 amended)

Mand. pet. dismissed